**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jacob W. Shensky**<br>**Crystal L. Shensky**<br>**Debtor(s)** | **BK NO. 26-02980 HWV**<br><br>**Chapter** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Maggie Soboleski

Maggie Soboleski
30 Oct 2026, 16:36:57, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322


Document ID: 089ba16c757a30821a23b0693331bf8c109715dcbb7c2ce86bf4ade9633492c5